1  Alan M. Jones (State Bar No. 092215)
   ajones@jonesturner.com
2  Ron H. Burnovski (State Bar No. 172109)
   rburnovski@jonesturner.com
3  JONES TURNER, LLP
   100 Pacifica, Suite 210                                    JS-6
4  Irvine, California 92618
   Telephone: (949) 435-4100
5  Facsimile:  (949) 435-4105

6  Attorneys for Plaintiff
   ZURICH AMERICAN INSURANCE COMPANY
7

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10  ZURICH AMERICAN INSURANCE           Case No. 2:10-cv-09563 JFW (CWx)
    COMPANY, a corporation,
11                                      **ORDER OF DISMISSAL OF
                                        ENTIRE ACTION WITH
12                         Plaintiff,   PREJUDICE**
    v.
13
    RANCHO FOODS, INC., a California
14  corporation
                                        
15                        Defendant.

16

17       TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

18       PURSUANT TO the stipulation entered by Plaintiff Zurich American Insurance

19  Company and Defendant Rancho Foods, Inc., which together constitute all parties who

20  have appeared in this action to date, Zurich American Insurance Company's entire

21  action is hereby dismissed with prejudice.

22       IT IS SO ORDERED.

23

24       7/11/11

25  DATED: _____        _____
                                        The Honorable Judge John F. Walters
26                                      United States District Court Judge

27

28

                                        1
   [PROPOSED] ORDER OF DISMISSAL                         2:10-cv-09563 JFW (CWx)
   OF ENTIRE ACTION WITH PREJUDICE